# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pennsylvania Public Utility Commission, :
                     Petitioner :
                               :
         v.                      : No.  980 C.D. 2019
                               :
Eric Friedman,                     :
                   Respondent :


Energy Transfer,                :
                   Petitioner :
                               :
        v.                      : No. 982 C.D. 2019
                               :
Eric Friedman,                     :
                   Respondent :

## PER CURIAM

## O R D E R

AND NOW, this 15th day of December 2020, it is ordered that the above-captioned opinion filed on October 21, 2020 shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.